MAGISTRATE Hal R. Ray, Jr.

U.S.D.C. - N.D. of TX

Wichita Falls Div

7-23CV-117-O

Re: 28 USC § 1339



July 21, 2023
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

This letter is in reference to 28 USC § 1339 "The District Courts shall have original jurisdiction of any civil action arising under any act of Congress relating to the Postal Service" and I am in need of your authority pertaining to such a matter.

I am an indigent citizen confined in the Texas Dept. of Criminal Justice - Institutional Division's James V. Allred Unit at Iowa Park, Wichita County, and therefore fall into your jurisdiction.

This facility has a State Dept. run mail-room to which simply processes mail in or out of the unit and only offers the mail services of First Class Postage, First Class Certified and First Class Certified Return Receipt.

I have experienced some issues with the United States Postal Service to which any attempt to address it with the Postmaster General through the mail has failed me as well as my family member trying to address it either by phone or on-line.

On April 19, 2023 I received a re-issued EIP check from the Treasury Dept. due to the original never being received (which was issued December 27, 2021 and took 1½ yrs of diligent effort to get replaced) - the check # was 4045216 29567 and the amount was $1,836.61 to which said check was mailed "Certified" (Tracking # 7021 2720 0000 7017 7438) to the Inmate Trust Fund in Huntsville for deposit.

The check never made it there - according to the U.S.P.S. tracking app on-line it quit being tracked on May 8, 2023 between Houston and Huntsville and my son was informed that "That happens - things get lost all the time" by a U.S.P.S. employee - then they sent him a questionnaire about his "service experience."

Is there no accountability? Why do they charge for certified delivery if it's not?

AND THIS ISN'T MY FIRST UNDELIVERED PIECE OF "CERTIFIED MAIL" - I HAD A WRIT OF CERTIORARI THAT WENT OUT TO THE SUPREME COURT FOR CASE NO. 22-5699 ON DECEMBER 21, 2021 THAT GOT MY CASE DISMISSED/DENIED FOR FAILURE TO TIMELY FILE (TRACKING # 7020 0640 0001 7272 6833)

I HAVE A RECEIPT FROM THE MAIL ROOM PROVING THE CHECK #, AMOUNT, AND DESTINATION BUT I REALLY NEED THAT CHECK TO BE ACCOUNTED FOR AS I DOUBT I CAN RECEIVE A THIRD

COULD YOU PLEASE LOOK INTO THIS MATTER FOR ME?

YOUR ATTENTION TO THIS MATTER WOULD BE GREATLY APPRECIATED

RESPECTFULLY;

*[signature]*

THOMAS GEORGE CRAAYBEEK # 2034863

℅ THE JAMES V. ALLRED UNIT OF TDCJ-ID

2101 FM 369 N    IOWA PARK, TX 76367

(940) 855-7477/7069   * UNIT WARDEN SMITH

---

\* TODD CRAAYBEEK - 155 MIMOSA LN   LOW GAP NC 27024    (336) 428-6522

TERRIE HOPKINS - TDCJ INMATE TRUST FUND - HUNTSVILLE    (936) 437-4771

CC/FILE

NAME CRANDSERY, Thomas
TDC# 2634863
2101 FM 369 N
IOWA PARK, TEXAS 76367

NORTH TEXAS TX P&DC
DALLAS TX 750
26 JUL 2023 PM 3 L

ATTN: MAGISTRATE Hal R. Ray, SR.
RECEIVED U.S. District Court
Northern District of Texas
Wichita Falls Division
OCT 23 2023  1000 Lamar St., Rm 304
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Wichita Falls, Texas 76301

76301-343084

LEGAL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION