IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| THOMAS G. CRAAYBEEK,<br>TDCJ No. 02034863,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | § § § § § § § § § § § | Civil Action No. 7:23-cv-117-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **26th day** of **October, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE